# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Kendrew Otis Wilson Jr.

v.

Case Number:

(Full name of defendant(s))

Captain Shallow,
Waukesha County Jail.

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   _____
   (Address of prison or jail)

2. Defendant __Captain Shallow,__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at __515 W. Moreland Blvd Waukesha, WI 53188__
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Captain Shallow, 515 W, Moreland Blvd, Waukesha, WI 53188</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Captain Shallow, Who works for Classification Kept myself Kendrew Wilson #642694 lockdown in my cell for 112 days. With no exercise outside my cell, or hour out. I was writing Captain Palmer's, and Classification along with the Jail Administrator. Captain Shallow stated to me I would stay in my cell do to my behavior. Through the month of April, I wrote Captain Shallow, and Classification to give me a hour out, when I've been behaving at my best. I was in Waukesha, WI in the County Jail. Captain Shallow Violated my 14th Amendment and 8th Amendment. Keeping myself, Kendrew Wilson #642694 confined in my cell. Captain Shallow

Complaint – 2

Acted under color of state, Law, and wrongful conduct deprived of myself Kendrew Wilson #642654, of constitutionally protected federal right.
Captain Shallow, violated my equal rights of my privileges. Captain Shallow directly acted under, Conspiracy. Captain Shallow tortured me by, forcing in my cell, and physical injuries of sleeping on the floor with a mattress. Causing myself back pain, and neck pain. And going through mental damages; Captain Shallow is not at all a great employee at Waukesha County Jail. When I was placed in TC2, about 4 days or so I experienced back pain, do to my protocol not be able to use any writing items. I asked Officers to write my medical form. Nurse Lindsey provided myself medication for my pain, and injuries. Do to writing Captain Shallow to remove protocol because of my mental health, Ms. Shallow continued to confined myself, Kendrew Wilson #642654 I've gone through the chain of command, ~~I~~ couldn't stay mentally stable at the County Jail, For the harm captain Shallow put me through.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I, Kendrew Wilson #642694 is asking for $150,000 dollars for pain and suffering. And I would like for Captain Shallow to be fired from Waukesha County Jail, so that other inmates will not have to go through the pain and suffering I had to go through.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Nov__ day of _____6th_____ 20_23_.

Respectfully Submitted,

*K. Wilson*

Signature of Plaintiff

__642694__

Plaintiff's Prisoner ID Number

__2925 Columbia Drive, P.O Box 950 Portage,__
__WI 53901-0950__

(Mailing Address of Plaintiff)


## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.