# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

KENDREW OTIS WILSON, JR.,
    Plaintiff,

v.                               CASE NUMBER: 23-CV-1582

CAPTAIN SHALLOW,
    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.

7/24/2024                                           Gina M. Colletti
Date                                                     Clerk

                                                         /s/ Alexis H.
                                                         (By) Deputy Clerk